

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-12-2013

# USA v. Harry Katzin

Precedential or Non-Precedential: Precedential

Docket No. 12-2548

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation
"USA v. Harry Katzin" (2013). *2013 Decisions.* Paper 1572.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1572

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2548
_____

UNITED STATES OF AMERICA,
Appellant

v.

HARRY KATZIN; MICHAEL KATZIN; MARK LOUIS KATZIN, SR.

PRESENT:   McKEE, <u>Chief</u> <u>Judge</u>,  RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, SHWARTZ and VAN ANTWERPEN[1] <u>Circuit</u> <u>Judges</u>

**ORDER**

A majority of the active judges having voted for rehearing *en banc* in the above captioned case, it is ordered that the petition for *en banc* rehearing is GRANTED.  The Clerk of this Court shall list the case for rehearing *en banc* May 28, 2014.  The opinion and judgment entered October 22, 2013 are hereby vacated.

By the Court,


  /s/ Theodore A. McKee
Chief Circuit Judge

Dated:          December 12, 2013
ARL/cc:      EM; TMZ; RAZ; TAD; WAD; RCC; CNC;
               NW; BEW; SJR; WJW; HMF; MH; PG

---

[1]Will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.